**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Roberta E. Rizzo aka Roberta Eve Rizzo     CHAPTER 7
           Debtor(s)

BKY. NO. 20-11952 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Champion Mortgage Company and index same on the master mailing list.

                              Respectfully submitted,
                              **/s/ Rebecca A. Solarz Esquire**
                              Rebecca A Solarz, Esquire
                              Kevin G. McDonald, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322